**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HEIDI SCHAEL,**

                **Plaintiff,**

**-vs-**                                               **Case No. 6:09-cv-734-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

## ORDER

This case is before the Court on review of the Commissioner's denial of Plaintiff's application for Supplemental Security Insurance benefits. The United States Magistrate Judge has submitted a report recommending that the administrative decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 19, 2010 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Insurance benefits is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment in accordance with this Order and to thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20th__ day of May, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge